# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0033
_____

TRACY L. GIBSON,

    Appellant,

    v.

ALYNA P. NGUYEN and TRUNG K.
NGUYEN,

    Appellees.

_____

On appeal from the County Court for Escambia County.
Scott Ritchie, Judge.

February 27, 2026

PER CURIAM.

    DISMISSED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tracy L. Gibson, pro se, Appellant.

Peggy A. Struallo of The Post Law Firm, St. Augustine, for Appellees.